FILED

AUG 28 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY; et al.,<br><br>        Defendants - Petitioners,<br><br> v.<br><br>STATE OF HAWAII, ex rel. David M. Louie, Attorney General,<br><br>        Plaintiff - Respondent. | No. 14-80101<br><br>D.C. No. 1:14-cv-00180-HG-RLP<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Petitioners' August 20, 2014 letter is construed as a motion to withdraw their petition for permission to appeal pursuant to 28 U.S.C. § 1453(c). So construed, the motion is granted and the petition is deemed withdrawn.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lisa Chen
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

LSC/MOATT